

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2017

No. 04-17-00017-CV

Petra **AGUILERA** d/b/a Kids Connection Preschool and Youth Center Development Center,
Appellants

v.

Yolanda Irma **PEREZ**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29600
Honorable Enrique Fernandez, Judge Presiding

## O R D E R

The notification of late record filed by Lisa A. Traslavina is GRANTED IN PART, Time is extended to April 5, 2017. "**FURTHER EXTENSIONS OF TIME ARE DISFAVORED**".

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2017.

_____
Keith E. Hottle
Clerk of Court